[No. 705. Decided March 18, 1893.]

FIRST NATIONAL BANK OF MT. VERNON, *Respondent*, v. JOHN MC-LEAN, *Defendant*, AND J. B. WILEY, *Appellant*.

*Appeal from Superior Court, Skagit County.*

*Million & Houser*, for appellant.

*Henry A. McLean*, and *Fishback, Elder & Hardin*, for respondent.

*Per curiam.*—Respondent moves to dismiss the appeal in this case for the reason that no notice of appeal was given according to law, or at all. And it appearing from the record that no notice of appeal, either oral or written, was given to respondent by appellant in this action, the motion must prevail and the appeal be dismissed with costs to respondent.